Anna BOWSER, Administratrix of the Estate of Walter S. Bowser, Deceased, v. PUBLICKER INDUSTRIES, Inc. and P. C. Hull

Appeal by PUBLICKER INDUSTRIES, Inc.

Anna BOWSER, Administratrix of the Estate of Walter S. Bowser, Deceased, v. PUBLICKER INDUSTRIES, Inc. and P. C. Hull

Appeal by P. C. HULL.

Nos. 10456, 10463.

United States Court of Appeals Third Circuit.

Argued Nov. 21, 1951.

Decided Dec. 5, 1951.

Henry S. Ambler, Philadelphia, Pa. (Ambler & Ambler, Philadelphia, Pa., on the brief), for appellant Publicker Industries, Inc.

J. Webster Jones, Philadelphia, Pa., for appellant Hull.

Milton M. Borowsky, Philadelphia, Pa. (Freedman, Landy & Lorry, Philadelphia, Pa., on the brief), for appellees.

Before BIGGS, Chief Judge, and McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

Consideration of the oral arguments, the briefs and the record in these appeals has convinced us that the court below reached correct conclusions upon both the facts and the law. The judgment of the court below, therefore, will be affirmed upon the opinion of Chief Judge Kirkpatrick, D.C., 101 F.Supp. 386.